| | |
|---|---|
| 1 | Dennis Roberts   (SBN 36651) |
| | DENNIS ROBERTS, APC |
| 2 | 370 Grand Avenue, Sutie 1 |
| | Oakland, California 94610 |
| 3 | Telephone: 510 465 6363 |
| | Facsimile: 510 465 7375 |
| 4 | Email: roberts_dennis@sbcglobal.net |
| 5 | Attorney for Defendant |
| | EDWIN GORDON TOY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CR 05-00375 SI |
| | Plaintiff, | |
| | v. | STIPULATION TO ENLARGE BAIL |
| EDWIN GORDON TOY | | |
| | Defendant. | |
| _____/ | | |

COMES NOW defendant EDWIN GORDON TOY by and through his attorney Dennis Roberts and presents the following Stipulation for the Court's Order.

Defendant has an excellent business opportunity which requires his attending a conference in Dallas, Texas.  This conference will take place over a three day period, from April 20 and EDWIN GORDON TOY will return to San Francisco on April 23.   His request was discussed with his PTS Officer who has no objection to leaving the jurisdiction for this limited time. EDWIN will keep the PTS Officer informed of telephone numbers and addresses where he can be reached.  I will be attending the same conference and submit my cell phone number: 510 384 6363 for an additional PTS contact.  I have also spoken with ANDREW SCOBLE, AUSA in this matter and he has agreed to sign this Stipulation.

Dated:  April 12, 2006                    ___/s/_____

DENNIS ROBERTS

1 | Dated: April  12 , 2006 __/s/_____
2 |                                                    ANDREW SCOBLE, AUSA

O R D E R

Premises considered, it is hereby Ordered that EDWIN GORDON TOY be permitted to leave the Northern District of California to travel to Dallas, TX for the period commencing April 20, 2006 and to return to the Northern District of California on April 23, 2006.  He shall give the PTS Officer all telephone numbers and addresses where he can be reached during this time frame.

    SO ORDERED.

_/s/ Susan Illston_
_____
HON. SUSAN ILLSTON
U. S. DISTRICT JUDGE