JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-7249
   Fax:  (415) 436-6982
   E-Mail:   andrew.scoble@usdoj.gov
              nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 06-0428 SI |
|     Plaintiff, | No.: CR 05-0375 SI |
| | No.: CR 06-0426 SI |
|   v. | STIPULATION CONTINUING |
| EDWIN TOY, | HEARING; AND [PROPOSED] ORDER |
|     Defendant. | |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the hearing for change of plea in the above-described cases, which is currently set for January 18, 2008, may – with the Court's concurrence – be continued to February 29, 2008 at 11:00 a.m.  The parties request this continuance because they have not yet agreed upon all the terms for the written plea agreement, including (1) the precise counts to which the defendant will enter guilty pleas and which will be

STIPULATION; ORDER                1

dismissed in the remaining case(s); (2) the government's requirement that the defendant enter a plea to a charge of structuring deposits; and (3) the amounts and bases of criminal forfeiture. The government has had to conduct further analysis of records of the defendant's business, to determine funds for potential forfeiture and the legal bases therefor. Unfortunately, this process is not yet complete. However, the parties represent that they are working on the written plea agreement and anticipate that the change of plea can go forward on the proposed new date.

Dated: 1/11/08          JOSEPH P. RUSSONIELLO
                        United States Attorney


                               /s/
                        ANDREW M. SCOBLE
                        NICOLE KIM
                        Assistant United States Attorneys


Dated: 1/11/08                 /s/
                        DENNIS ROBERTS
                        Attorney for Defendant


Dated: 1/11/08                 /s/
                        GAIL SHIFMAN
                        Attorney for Defendant


[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The change of plea in the above-described cases is continued to Friday, February 29, 2008 at 11:00 a.m.

Dated:                  [signature: Susan Illston]
                        HON. SUSAN ILLSTON
                        United States District Judge