UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00375 SI |
| | CR 060426SI |
| Plaintiff, | CR 060428 SI |
| v. | **O R D E R** |
| | TO ENLARGE BAIL TO TRAVEL TO |
| EDWIN GORDON TOY | LATIN AMERICA |
| Defendant. | |
| _____/ | |

O R D E R

Premises considered, it is hereby Ordered that EDWIN GORDON TOY be permitted to leave the Northern District of California to travel to the nations of Panama, Nicaragua, and Columbia for the period commencing June 8, 2008 and to return to the Northern District of California on June 22, 2008. He shall give the PTS Officer all telephone numbers and addresses where he can be reached during this time frame. He will also report telephonically when requested by said PTS officer. He has obtained the permission of PTS for this trip.

This Order is permitted on the condition that Mr. Edwin Toy go to these countries solely for the purpose of purchasing bamboo and other wood products for his business.

The Clerk of this Court or the Drug Enforcement Agency (whoever is custodian of his passport) is requested to return same to Mr. Toy, to be returned promptly to that same source upon his return to the United States on June 22, 2008

SO ORDERED.

DATED: May ____, 2008

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

The United States has no objection to this proposal.

_____